IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARQUIS ANTOINE SMITH,

    Movant,

  v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

No. C 13-0332 CW
CR 12-349 CW

ORDER TO SHOW CAUSE ON 28 U.S.C. § 2255 MOTION

Movant Marquis Antoine Smith, a federal prisoner currently incarcerated at the Federal Detention Center in Dublin, California, filed this motion under 28 U.S.C. § 2255 to correct his sentence. Good cause appearing, the Court hereby issues the following orders:

    1. The Clerk of the Court shall serve a copy of this Order and the motion and all attachments thereto upon Respondent and Respondent's attorney, the United States Attorney. The Clerk shall also serve a copy of this Order on Movant Marquis Smith.

    2. Respondent shall file with this Court and serve upon Movant, within thirty (30) days of the issuance of this Order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2255 Cases, 28 U.S.C. foll. § 2255.

    3. If Movants wish to respond to the answer, they shall do so by filing a traverse with the Court and serving it on Respondent within thirty (30) days of their receipt of the answer.

    IT IS SO ORDERED.

Dated: 1/28/2013

CLAUDIA WILKEN
United States District Judge